# EXHIBIT 2

**CSE'S INFRINGEMENT ANALYSIS OF CATAPULT SPORTS**

**U.S. Patent No. 6,877,010 – Catapult Sports**

**Claims 1, 4, 5, and 8-10**

Charles Smith Enterprises LLC ("CSE" or "Plaintiff") provides evidence of infringement of claims 1, 4, 5 and 8-10 of U.S. Patent No. 6,877,010 (hereinafter "the '010 patent") by Defendant Catapult Sports, Inc. ("Catapult Sports" or "Defendant"). In support thereof, CSE provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least Defendant's website and/or computer systems hosting Defendant's website, including products comprising media asset management systems, including one or more customizable media logging systems for indexing media, which by way of example include the XOS Digital software package, including but not limited to Thunder HD, ThunderCloud, Thunder Basketball, Thunder Hockey, Thunder Football, and Thunder Baseball. (*See, e.g.,* https://xosdigital.catapultsports.com/hc/en-us/articles/360000698856-Live-Capture [accessed October 27, 2020] and https://www.catapultsports.com/sports/baseball [accessed July 22, 2021].) These claim charts demonstrate Defendant's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding compondents, aspects, and/or features of the Accused Instrumentalities. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Defendant has not yet provided any non-public information. An analysis of Defendant's (or other third parties') technical documentation and/or software source code may assist in fully identify all infringing features and functionality. Accordingly, CSE reserves the right to supplement this infringement analysis once such information is made available to CSE. Furthermore, CSE reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Unless otherwise noted, CSE contends that Defendant directly infringes the '010 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, causing to be used and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, CSE further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. Defendant makes, uses, sells, imports, or offers for sale in the United States, and/or has made, used, sold, imported, or offered for sale in the past, without authority, and/or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe at least claims 1, 4, 5 and 8-10 of the '010 patent, including without limitation, the Accused Instrumentalities.

Unless otherwise noted, CSE believes and contends that each element of each claim asserted herein is literally met through Defendant's provision of the Accused Instrumentalities. However, to the extent that Defendant attempts to allege that any asserted claim element is not literally met, CSE believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, CSE did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

CSE'S INFRINGEMENT ANALYSIS OF CATAPULT SPORTS

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Instrumentalities, CSE asserts that, on information and belief, any similarly-functioning instrumentalities also infringe the charted claim.  CSE reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Defendant.  CSE also reserves the right to amend this infringement analysis by citing other claims of the '010 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities.  CSE further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.



https://xosdigital.catapultsports.com/hc/en-us/articles/360000698856-Live-Capture (accessed Oct. 27, 2020)

CSE'S INFRINGEMENT ANALYSIS OF CATAPULT SPORTS



https://www.catapultsports.com/sports/baseball  (accessed July 22, 2021)

CSE'S INFRINGEMENT ANALYSIS OF CATAPULT SPORTS

| '010 Patent:<br>Claim 1 | Defendant's Accused Instrumentalities |
|---|---|
| 1. A customizable media logging system for indexing media, comprising: | On information and belief, Catapult Sports has provided and continues to provide its customers (including through the catapultsports.com website) with software packages, including, but not limited to, Thunder HD, ThunderCloud, Thunder Basketball, Thunder Hockey, Thunder Football, and Thunder Baseball (hereinafter the "Accused Instrumentalities"), which comprise a media asset management system for managing media assets, including one or more customizable media logging systems for indexing media.<br><br>One exemplary logging application of the Accused Instrumentalities is Baseball HD. |
| a timer object that provides a time reference upon request in connection with the media; and | Baseball HD includes a timer object (e.g., media time slider) that provides a time reference (e.g., timestamp) upon request in connect with the media to be indexed.<br><br>As shown in the above screenshot, the media to be indexed is a video of a baseball game, boxed in purple.  Below the video, boxed in red, is a slider associating a frame and corresponding timestamp of the video, the timestamp shown below the slider with white numbers on a gray background.  This slider is a timer object that, when moved, provides a time reference (i.e., timestamp) in connection with the media (i.e., baseball game).  In this example, the time reference is based upon relative time and expressed as the difference between the current time position and the start of the media capture (e.g., start of the baseball game). |
| a logger object that logs predefined events that occur in the media by associating the events with respective time references from the timer object, | Baseball HD includes a logger object (e.g., the left side of the interface boxed in green, including the push buttons, text boxes, drop-down lists, and dynamic media, boxed in orange) that logs predefined events (e.g., pitches) that occur in the media (e.g., baseball game) by associating the events with respective time references (e.g., "Media In," "Media Out," "Media Duration," boxed in yellow) from the timer object (e.g., media time slider, boxed in red).<br><br>As shown in the above screenshot(s), Baseball HD includes a logger object that logs predefined events that occur in the media. One aspect of the logger object is the "Pitch" button, boxed in pink. A user may click on this "Pitch" button to start logging a pitcher's pitch (i.e., a predefined event) in the baseball game (i.e., the media). The user may subsequently |

|  | click on that same "Pitch" button a second time to end the logging interval. This process records, using the timer object, the particular points in time (i.e., "Media In", "Media Out", boxed in yellow) of the pitching event as well as the duration of the pitching event (i.e., "Media Duration", boxed in yellow). Once the pitch interval is logged, the user may record additional information about the pitch, including but not limited to the type of pitch thrown (e.g., by clicking one of the push buttons labelled "Fastball," "Changeup," "Curve," "Slider," or "Pitchout"), the pitch velocity (e.g., by selecting a pitch speed from the "Set Pitch Velocity" drop-down button), and the placement of the ball in relation to the strike zone (e.g., by selecting a location within the digital representation of the strike zone). Such additional information is also saved (i.e., logged) in association with the respective time reference by clicking on the "Log Data" push-button (boxed in blue). |
|---|---|
| wherein the logger object includes a graphical user interface having a plurality of user interface objects that can be selected by a user of the logging system in order to log events that occur in the media, | As described above, the logger object (boxed in green) includes a graphical user interface having a plurality of user interface objects (at least those boxed in orange) that can be selected by a user of the logging system in order to log events that occur in the media.<br><br>For example, the logger object boxed in green is a graphical user interface that has a plurality of user interface objects (at least those boxed in orange) that can be selected by a user in order to log events that occur in the media. One such event is a "Pitch" event. The "Pitch" button user interface object (boxed in pink) can be selected by a user of the logging system to log a "Pitch" event in the baseball game. Other user interface objects include the push buttons, text boxes, drop-down lists shown in the above screenshot(s). As described above, such user interface objects include the "Fastball," "Changeup," "Curve," "Slider," and "Pitchout" buttons that may be selected by a user to indicate additional information about the "Pitch" event, and the "Log Data" button (boxed in blue) that may be selected to save, or "log," the "Pitch" event that occurs in the media (boxed in purple). These user interface objects may be used each time a "Pitch" event occurs in the baseball game (boxed in purple). |
| and the interface objects include labels thereon corresponding to predetermined events that may typically occur in the particular media being logged, and | As described above, the interface objects include labels thereon corresponding to predetermined events that may typically occur in the particular media being logged.<br><br>For example, the "Pitch" button interface object (boxed in pink) corresponds to a "Pitch" event occurring in the baseball game (i.e., when the pitcher throws the ball), which is a predetermined event that typically occurs many times in a baseball game, the type of media |

CSE'S INFRINGEMENT ANALYSIS OF CATAPULT SPORTS

| | |
|---|---|
| | (boxed in purple) being logged. Other interface objects (boxed in orange) also have labels corresponding to the "Pitch" event (i.e., Fastball, Changeup, etc.). |
| further wherein the graphical user interface is customizable to correspond to types of events that occur in the particular media being logged, | The graphical user interface is customizable to correspond to types of events that occur in the particular media being logged (i.e., the baseball game).<br><br>For example, and as shown in the above screenshot(s), the graphical user interface is customizable to include team names and pitcher names (boxed in brown) associated with the particular baseball game being logged (boxed in purple). Each pitcher name corresponds to "Pitch" events that occur in the baseball game, as shown by the numbers under the word "Pitches" next to each pitcher name. Each "Pitch" event may be customized by type by selecting the buttons "Fastball", "Changeup", etc. to the left of the strike zone.<br><br>Additionally, the custom team names and pitcher names are also used to correspond to other types of events, such as those indicated by the "Challenge", "Catcher Block", "Throw to Plate", and "Missed Pitch" buttons at the top of the orange box next to the word "Events". |
| said media logging system further including a graphical user interface generator that generates a custom graphical user interface including custom user interface objects for a logging screen of the graphical user interface for use by a user when using the logging application, wherein the graphical user interface generator uses information entered by a user to create the customized user interface. | The logging application Baseball HD includes a graphical user interface generator that generates a custom graphical user interface including custom user interface objects for a logging screen of the graphical user interface for use by a user when using the logging application, wherein the graphical user interface genetator uses information entered by a user to create the customized user interface.<br><br>Baseball HD includes a graphical user interface generator to generate its graphical user interface. A generated graphical user interface is a custom graphical user interface because it includes custom team names and pitcher names (boxed in brown), which are entered by a user, to create the interface.  The custom team names and pitcher names are custom user interface objects for a logging screen of the graphical user interface. The logging screen of the graphical user interface is what is shown by the entirety of the application window in the screenshot(s) above, which clearly shows the custom user interface objects.  As described above, a user may use this logging screen to log events associated with media, the logged events including at least a custom team name, as shown boxed in yellow. |

**CSE's Infringement Analysis of Catapult Sports**

| '010 Patent: Claim 4 | Defendant's Accused Instrumentalities |
| --- | --- |
| 4. The customizable media logging system of claim 1, wherein the logging system is adapted for use in logging a sporting event and the interface objects correspond to events that occur during the sporting event. | Baseball HD is a logging system adapted for use in logging a sporting event and the interface objects correspond to events that occur during the sporting event.<br><br>As described above, Baseball HD is adapted for use in logging events that occur during a baseball game (boxed in purple), and the interface objects (boxed in orange and brown) correspond to events (e.g., "Pitch" events) that occur during the baseball game. |

| '010 Patent: Claim 5 | Defendant's Accused Instrumentalities |
| --- | --- |
| 5. The customizable media logging system of claim 1, wherein the system includes an arrangement that automatically logs predefined events in the media being logged based on video analysis. | Defendant's logging system includes an arrangement that automatically logs predefined events in the media being logged based on video analysis.<br><br>As stated on the Catapult Sports website, "By enabling complex machine learning algorithms to process baseball events in the live environment, the Baseball Analytics Suite brings value to coaching staff by allowing them to make important decisions in real-time. Coaching staff can also see event analysis both live and post-session, which can be used to build a detailed picture of the physical demands placed on baseball players." https://www.catapultsports.com/blog/catapult-launches-updated-baseball-analytics-suite (accessed July 22, 2021). *See also*, https://www.catapultsports.com/sports/baseball (accessed July 22, 2021). |

CSE's Infringement Analysis of CATAPULT SPORTS

| '010 Patent: Claim 8 | Defendant's Accused Instrumentalities |
|---|---|
| 8. The customizable media logging system of claim 1, wherein the system includes a video server that captures logged events and digitally stores the captured events as media segments. | As described above, Defendant's logging system includes a video server that captures logged events and digitally stores the captured events as media segments. On information and belief, the media, boxed in purple, is stored at and plays from a video server, which digitally stores the captured events as media segments. As shown above, boxed in yellow, logged events are captured and digitally stored as media segments. Each media segment is labeled by "Name" and "ClipType" and is defined by the times labeled "Media In", "Media Out", and "Media Duration", corresponding to timestamps of the media being logged. |

| '010 Patent: Claim 9 | Defendant's Accused Instrumentalities |
|---|---|
| 9. The customizable media logging system of claim 1, wherein the user interface includes a feature that enables the media segments to be selectively retrieved and viewed. | Defendant's logging system user interface includes a feature that enables the media segments to be selectively retrieved and viewed. As shown above, boxed in yellow on the Baseball HD user interface, each logged event is labeled by "Name" and "ClipType" and is defined by the times labeled "Media In", "Media Out", and "Media Duration", corresponding to timestamps of the media being logged. On information and belief, when multiple events are logged (not shown in the screenshot(s) above), a user may select one such event to view the event. |

CSE's Infringement Analysis of Catapult Sports

| '010 Patent:<br>Claim 10 | Defendant's Accused Instrumentalities |
| --- | --- |
| 10. The customizable media logging system of claim 1, further including a search engine that enables logged events to be searched using various search parameters. | Defendant's logging system including a search engine that enables logged events to be searched using various search parameters.<br><br>As shown above, boxed in yellow on the Baseball HD user interface, each logged event is labeled by "Name" and "ClipType" and is defined by the times labeled "Media In", "Media Out", and "Media Duration", corresponding to timestamps of the media being logged. On information and belief, when multiple events are logged (not shown in the screenshot(s) above), a user may select a search parameter using the dropdown box labeled "All" directly above the yellow box in the screenshot to search for logged events associated with that selected search parameter. |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner.  For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.