

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

JANUARY 30, 2023

**VIA CM/ECF**
The Honorable Colm F. Connolly
District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:   *Charles Smith Enterprises, LLC v. Catapult Sports Inc.*, C.A.
No. 21-1278-CFC; *Charles Smith Enterprises, LLC v. DVSport,
Inc.*, C.A. No. 21-1279-CFC

Dear Chief Judge Connolly:

Pursuant to the Scheduling Order in the above-referenced cases,
Plaintiff Charles Smith Enterprises, LLC ("CSE") and Defendants Catapult
Sports, Inc. ("Catapult") and DVSport, Inc. ("DVSport"), collectively "the
Parties," hereby write the Court together to confirm the conference of their
respective counsel prior to preparing and submitting the Amended Joint
Claim Construction Chart concurrently with this letter.

The foregoing conference took place by telephone on Friday,
January 27 and lasted for approximately one-half hour.  Paul Richter of
Devlin Law Firm participated on behalf of Plaintiff CSE.  Andrew
Strickland of Lee & Hayes, P.C. and Kelly Farnan of Richards, Layton &
Finger, P.A., participated on behalf of Defendant Catapult.  Andrew
Cheslock and Geoffrey Grivner of Buchanan Ingersoll & Rooney PC
participated on behalf of Defendant DVSport.

Moreover, leading up to the January 27 teleconference, the Parties'
discussions and exchange of claim construction briefs resulted in seven of
the original twenty-two terms being dropped from the initial Joint Claim
Construction Chart (D.I. 42), as no longer requiring the Court's

**DEVLIN** LAW FIRM
January 30, 2023
Page 2 of 3

consideration.  The dropped terms were originally designated Terms 4-10 by the Parties, and the dropping of those Terms 4-10 also removes from the Court's consideration the issues of whether any claim term is written in "means-plus-function" language and whether any such term is indefinite under 35 U.S.C. § 112, ¶ 2.

The Parties grouped the remaining fifteen terms (designated Terms 1-3 and 11-22) into four categories for ease of reference and consideration in the Joint Claim Construction Brief filed January 23, 2023.  (D.I. 55.) Specifically, these four groups are:

- Terms 1-3 ("a customizable media logging system for indexing media" and "media" or "the media");
- Terms 11, 13, 14, 17, and 19-21 ("customizable"/"custom");
- Terms 15, 16 and 22 ("graphical user interface generator"); and
- Terms 12 and 18 ("timer object").

The Amended Joint Claim Construction Chart has been reorganized to present the disputed claim terms in the foregoing order, with each term also labelled with its foregoing numeric designation for the Court's convenience in comparing the Amended Chart to the Parties' arguments in the Joint Claim Construction Brief.

Respectfully submitted,

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
tdevlin@devlinlawfirm.com
Paul Richter (admitted *pro hac vice*)
prichter@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
*Counsel for Plaintiff Charles Smith Enterprises, LLC*

**DEVLIN** LAW FIRM
January 30, 2023
Page 3 of 3

OF COUNSEL:

Andrew G. Strickland
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Tel: (404) 815-1900
andrew.strickland@leehayes.com


Caleb Hatch
LEE & HAYES, P.C.
601 West Riverside Ave.
Spokane, WA 99201
Tel: (509) 324-9256
caleb.hatch@leehayes.com


OF COUNSEL:

Robert D. Finkel (*pro hac vice*)
BUCHANAN INGERSOLL &
ROONEY PC
Union Trust Building
501 Grant Street, Ste. 200
Pittsburgh, PA 15219
Tel.: (412) 562-5263
Email: robert.finkel@bipc.com


Andrew R. Cheslock (*pro hac vice*)
BUCHANAN INGERSOLL &
ROONEY PC
1737 King Street, Ste. 500
Alexandria, VA 22314
Telephone: (708) 838-6523
Facsimile: (708) 836-2021
Email: andrew.cheslock@bipc.com

*/s/ Griffin A. Schoenbaum*
Kelly E. Farnan (#4395)
Griffin A. Schoenbaum (#6915)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
schoenbaum@rlf.com

*Attorneys for Defendant*
  *Catapult, Inc.*


*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
BUCHANAN INGERSOLL &
ROONEY PC
500 Delaware Avenue, Suite 720
Wilmington, Delaware 19801
Telephone: (302) 552-4207
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

*Attorneys for Defendant DVSport,*
*Inc.*