IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES SMITH ENTERPRISES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CATAPULT SPORTS, INC., ) <br> ) <br> Defendant. ) | Civ. No. 21-1278-CFC |
| CHARLES SMITH ENTERPRISES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DVSPORT, INC., ) <br> ) <br> Defendant. ) | Civ. No. 21-1279-CFC |

**ORDER**

The parties shall file no later than February 22, 2023 proposed constructions of the following terms as used in the asserted patents: (1) customizable; (2) custom; (3) media; (4) timer object; (5) time reference; and (6) graphical user interface generator. If a party believes that a term should be given its plain and ordinary meaning, then the party needs to state what that plain and ordinary meaning is. The construction of each term must be *of the term*. Thus, it is not acceptable say that "media" should be construed as "media in an MPEG stream,"

*see* D.I. 55 at 13, as that begs the question "what does 'media' mean?" It is also not acceptable to construe a noun as a sentence or an adjective. *See* D.I. 55 at 29. Nouns should not be construed as anything other than nouns and adjectives should not be construed as anything other than adjectives. Finally, the parties' submissions shall not contain any argument; they shall simply set forth the parties' respective proposed constructions of the six terms in question.

Date: 2.8.23                                                    *[signature]*
                                                                                    CHIEF JUDGE